UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DEBORAH L MCFERON, | Civil No. C11-5719-RSL-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 16, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 30, 2012, to file a reply brief.

Page 1     ORDER - [C11-5719-RSL-MAT]

Defendant requests a 34-day extension.  This is the parties' second stipulated request for extension, the first initiated by defendant.  **Absent extraordinary circumstances, no additional extensions will be granted.**

DATED this 14th day of March, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3717
Fax:  (206) 615-2531
richard.rodriguez@ssa.gov