01
02
03
04
05

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DEBORAH L. MCFERON, ) | |
| ) | CASE NO. C11-5719-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff submitted a motion for attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Dkt. 24.) Plaintiff seeks an award of $5,998.81 in attorney's fees and $28.22 in expenses pursuant to the EAJA. Defendant does not object to the request. (Dkt. 26.) Having considered the motion and accompanying documents, the Court finds the request reasonable and recommends that plaintiff's motion (Dkt. 24) be GRANTED, and plaintiff awarded the attorney's fees and expenses requested. Subject to any offset allowed under the Treasury Offset Program as discussed in *Astrue v. Ratliff*, __ U.S. __, 130 S.Ct. 2521 (2010), payment of the award should be made to plaintiff's attorney. A proposed

REPORT AND RECOMMENDATION
PAGE -1

order accompanies this Report and Recommendation.

DATED this 20th day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2