UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH L. MCFERON, ) | |
| ) | CASE NO. C11-5719-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR EAJA FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court has reviewed plaintiff's motion for attorney fees (Dkt. 24), defendant's response (Dkt. 25), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.   It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court GRANTS plaintiff's motion for attorney fees as requested without objection from defendant; and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 24th day of September, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge